IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CR442-FDW-SCR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| WILLIE JAMES SPRINGS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**THIS MATTER** comes on to be heard by the undersigned United States Magistrate Judge upon motion by the Defendant seeking the return of an iPhone 15 that was seized by the United States Probation Office (USPO) for the Western District of North Carolina on June 26th, 2024. And it appearing that a forensic analysis was conducted on the iPhone by the USPO and evidence has been preserved for use in any court proceedings; that the USPO does not object to the return of the iPhone 15 to the Defendant or the owner of the iPhone 15; that the Government does not object to the return of the iPhone 15 to the Defendant or the owner of the iPhone; that the Defendant, through counsel, has represented that the registered owner of the iPhone 15 is Defendant's sister, Brittany Meyers;

**NOW THEREFORE**, it is **ORDERED** that the iPhone 15 seized by USPO on June 26h, 2024 from the Defendant shall be returned.

**SO ORDERED**.

Signed: August 7, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge